IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MICHAEL A. GREEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No.:  10-cv-00552-JPG-DGW |
| | ) | |
| DONALD GAETZ, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

This action comes before the Court upon review of the docket.  Petitioner Michael A. Green, an inmate in the Menard Correctional Center, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 on July 26, 2010 (Doc. 1).  He named Donald Gaetz as Respondent.  On September 22, 2010, the Court ordered the Illinois Attorney General to respond to the petition (Doc. 5)[1].

A petition for a writ of habeas corpus must include the "name of the person who has custody" over the petitioner. 28 U.S.C. §2242.  Any writ issued by a court is to be directed "to the person having custody over the person detained." 28 U.S.C. §2243.  In *Rumsfeld v. Padilla*, 542 U.S. 426 (2004), the Supreme Court reaffirmed its holding regarding the proper respondent in a habeas corpus action.  The Court emphasized that for over 100 years the Supreme Court has interpreted the statute to mean that the proper respondent in a habeas corpus action is the person who has "immediate custody" over the petitioner "with the power to produce the body of such party before the court or judge, that he may be liberated if no sufficient reason is shown to the contrary." *Id.* at 435 (quoting *Wales v. Whitney*, 114 U.S. 564, 574 (1885)).  Applying this rule,

---

[1] Respondent's answer or responsive pleading is currently due on November 19, 2010.  *See* Doc. 14

at the time he filed the petition, the proper respondent over Petitioner was Dave Rednour, the warden at the Menard Correctional Center.

Accordingly, Dave Rednour, is **SUBSTITUTED** as the Respondent in this action. The caption on all future filings should read: *Michael A. Green v. Dave Rednour*.

**DATED: October 19, 2010**

s/ *Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**