IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL A. GREEN,

      Petitioner,

  -vs-

MICHAEL LEMKE,

      Respondent.                            No. 10-cv-552-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order (Doc. 27) entered by this Court on September 30, 2013, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DENIED** and the matter is **DISMISSED with prejudice**.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  s/*Sara Jennings*
         Deputy Clerk

**DATED:** September 30, 2013

Digitally signed by
David R. Herndon
Date: 2013.09.30
13:08:16 -05'00'

APPROVED:
     CHIEF JUDGE
     U. S. DISTRICT COURT